In the Matter of EILEEN McD. (ANONYMOUS), Respondent, v ANTHONY LaP. (ANONYMOUS), Appellant.—Order of the Family Court, Queens County, dated October 11, 1974, affirmed, without costs. On the record in this case, paternity was established by clear, convincing and entirely satis-

factory evidence. Hopkins, Acting P. J., Cohalan, Christ, Brennan and Munder, JJ., concur.